UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JACK GUTTMAN, Individually and as a Member
of AMERICAN SELF-STORAGE STATEN
ISLAND, LLC,

        Plaintiffs,
  -against-

SCOTT DIAMOND, JOHN DEL MONACO,
and AMERICAN SELF-STORAGE MGMT.
ASSOC., INC.,
        Defendants.
-------------------------------------------------------------X

DOCKET NO.: 13 CV 691

**NOTICE OF VOLUNTARY DISMISSAL**

  PLEASE TAKE NOTICE that pursuant to F.R.C.P. 41(a)(1)(A)(i) the counsel for plaintiff, Jack Guttman, individually and as a Member of American Self-Storage Staten Island, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s).

Dated: February 26, 2013
   Lake Success, New York

        FRIEDMAN HARFENIST KRAUT
        & PERLSTEIN LLP
        *Attorneys for Plaintiffs*

        By: Steven J. Harfenist (SH6930)
        3000 Marcus Avenue, Suite 2E1
        Lake Success, New York 11042
        (516) 355-9600

**SO ORDERED:**

_____
Denise L. Cote, U.S.D.J.
2/27/13

LM/D160033/FL2183